DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAMION THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1427

[May 14, 2026]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Lauren Katheryn Sweet, Judge; L.T. Case No. 562024MM002598AXXXSL.

Daniel Eisinger, Public Defender, and Sue-Ellen Kenny, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Joseph Mollica, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***